UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MA JAYNE,

                        Petitioner,

          -against-

JOHN PETRUCCI, ET AL.,

                        Respondents.

20-CV-6067 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

On August 11, 2020, the Court received a letter from Plaintiff, advising the Court that he wishes to withdraw his complaint prior to payment of the filing fee. Accordingly, the Court grants Plaintiff's request to withdraw this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The complaint is voluntarily dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 12, 2020
             New York, New York

                                                  COLLEEN McMAHON
                                         Chief United States District Judge